**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

_____

**ELIZABETH TRENT,**

                **Plaintiff,**

        **v.**                                    **3:12-CV-0843
                                                    (NAM/RFT)**

**CAROLYN W. COLVIN,
Acting Commissioner of Social Security,**

                **Defendant.**

_____

**APPEARANCES:**                                  **OF COUNSEL:**

ELIZABETH TRENT
Plaintiff, *pro se*

SOCIAL SECURITY ADMINISTRATION        TOMASINA DIGRIGOLI, ESQ.
Office of Regional General Counsel              Special Assistant U.S. Attorney
Region II
26 Federal Plaza - Room 3904
New York, NY 10278
Counsel for Defendant

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## <u>ORDER</u>

The above matter comes to me following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed on the 15th day of November 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Due to plaintiff's failure to prosecute, this action is dismissed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: February 5, 2014
Syracuse, New York

*Norman A. Mordue*
Norman A. Mordue
Senior U.S. District Judge